THIS ORDER IS APPROVED.



LAW OFFICE OF PHIL HINEMAN, P.C.
3411 N. 5th Avenue, Suite 304
Phoenix, AZ. 85018
(602) 977-2859 - Telephone
(602) 977-2966 - Facsimile
PHIL HINEMAN #11887
Attorney for Debtor

Dated: August 12, 2009

_____
JAMES M. MARLAR
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | In proceedings under Chapter 13 |
|---|---|
| JOSE LUIS GOMEZ and MARIA LUISA MONREAL-GOMEZ, Debtors. | Case No. 0:09-bk-10313 JMM |
| SSN xxx-xx-4172   SSN xxx-xx-5699 | ORDER APPROVING PAYMENT OF ADMINISTRATIVE EXPENSES TO DEBTORS' ATTORNEY PHIL HINEMAN |

The Application for Administrative Expense having been filed by Debtors' attorney Phil Hineman on May 14, 2009, and there being no objections to said Application, Debtors' attorney's application for payment of administrative expenses in the amount of $3,500.00 is approved, and the chapter 13 Trustee is directed to pay said administrative expenses to Debtors' attorney, provided that payment will not prejudice claimants of equal or higher priority.

**IT IS SO ORDERED.**

Dated _____

_____
The Honorable James M. Marlar
US Bankruptcy Court Judge

1